1  R. PATRICK SNOOK, SBN: 129912
   PETER W. SEKELICK, SBN: 192315
2  KNOX RICKSEN LLP
   1300 Clay Street, Ste. 500
3  Oakland, California 94612
   Phone (510) 285-2500
4  Fax  (510) 285-2505

5  Attorneys for Defendant,
   GRANGE INSURANCE ASSOCIATION
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 ERIC KRISMAN, an individual, and DEENA ) Case No.: No. CIV.S-03-1699 MCE PAN
                                          )
12 KRISMAN, an individual,                ) STIPULATION AND ORDER ON STIPULATION
                                          ) TO EXTEND TIME TO FILE JOINT PRETRIAL
13           Plaintiffs,                  ) CONFERENCE STATEMENT
                                          )
14    vs.                                 )
                                          ) Pretrial Conference: June 13, 2005
15 GRANGE INSURANCE ASSOCIATION, a        ) Trial Date:          July 13, 2005
                                          )
16 Washington Corporation,                )
                                          )
17           Defendant                    )

18

19     IT IS HEREBY STIPULATED by and between all parties to this action, through their

20 respective attorneys as follows:

21     The parties shall file a joint pretrial statement on or before June 3, 2005.  The content of the

22 pretrial statement shall remain as described in the Pretrial Scheduling Order.   The pretrial conference

23 scheduled shall remain as calendared on June 13, 2005 at 2:30 p.m.

24                                         KNOX RICKSEN LLP

25

26     Dated:  May 23, 2005            By: _____
                                           PETER W. SEKELICK
27                                         Attorneys for Defendant GRANGE
                                           INSURANCE ASSOCIATION
28

- 1 -

ISOLA & ASSOCIATES LLP

Dated: _____, 2005          By: _____
                                      DAVID R. ISOLA
                                      Attorneys for Plaintiffs ERIC KRISMAN
                                      and DEENA KRISMAN

ORDER ON STIPULATION

It is so ordered.

Dated:  May 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE