UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ERIC KRISMAN, an individual,
and DEENA KRISMAN, an
individual,,

        Plaintiffs,

   v.

GRANGE INSURANCE ASSOCIATION,
a Washington corporation,

        Defendant.

NO. CIV. S 03-1699 MCE PAN

ORDER APPOINTING GUARDIAN AD LITEM ON BEHALF OF TYLER KRISMAN AND TRISTEN KRISMAN

----oo0oo----

    Pursuant to Local Rule 17-202(a), Plaintiff Deena Krisman has filed a Motion for her appointment as Guardian ad Litem on behalf of her minor sons, Tyler Krisman and Tristen Krisman, with respect to potential claims made by said minors pertaining to the matters alleged in the First Amended Complaint on file in this action.  Having considered said Motion, and good cause appearing,

1

IT IS HEREBY ORDERED that Deena Krisman be appointed as Guardian ad Litem for Tyler Krisman and Tristen Krisman.

IT IS SO ORDERED.

DATED: June 23, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE