UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ERIC KRISMAN, an individual, and DEENA KRISMAN, an individual,, | |
| Plaintiffs, | NO. CIV. S 03-1699 MCE PAN |
| v. | ORDER APPROVING PETITION FOR APPROVAL OF MINORS' COMPROMISE ON BEHALF OF TYLER KRISMAN AND TRISTEN KRISMAN |
| GRANGE INSURANCE ASSOCIATION, a Washington corporation, | |
| Defendant. | |

----oo0oo----

Pursuant to Local Rule 17-202(b)(2), Plaintiff DEENA KRISMAN, in her capacity as Guardian ad Litem for her minor sons, Tyler Krisman, age 9, and Tristen Krisman, petitions to compromise the children's potential claims against Defendant GRANGE INSURANCE ASSOCIATION as a result of their exposure to purported mold conditions in the family home between February and December of 2002.  After considering those potential claims, and

1

1  after receiving testimony from DEENA KRISMAN at the time of the
2  June 20, 2005 hearing on the instant petition for minors'
3  compromise, the Court finds that the proposed settlement is in
4  the best interest of Tyler Krisman and Tristen Krisman.  The
5  settlement on behalf of said minors is therefore approved and
6  DEENA KRISMAN's petition is GRANTED.  The Court consequently
7  orders as follows:
8       1.   That the settlement amount of $2,500 on behalf of Tyler
9  Krisman, and $2,500 on behalf of Tristen Krisman, is fair and is
10 approved.
11      2.   That GRANGE INSURANCE ASSOCIATION shall issue two
12 checks, one made payable to Tyler Krisman, by and through his
13 Guardian ad Litem, Deena Krisman, and the other payable to
14 Tristen Krisman, by and through his Guardian ad Litem, Deena
15 Krisman.  Both checks shall be in the amount of $2,500.  Deena
16 Krisman shall deposit the checks into two federally insured,
17 interest bearing, separate blocked accounts, one for Tyler
18 Krisman and the other for Tristen Krisman.  The blocked accounts
19 shall show the name of each minor.
20      3.   All interest payable on the deposit shall continue to be
21 maintained in each blocked account.  No withdrawals of principal
22 or interest shall be made from either account without written
23 order, under this case name and number, signed by a judge of this
24 Court.
25      4.   Once Tyler Krisman attains the age of eighteen (18)
26 years, the depository of funds held pursuant to this Order is
27 authorized and directed, without further order of the Court, to
28 pay by check or draft, upon proper demand, all monies, including

1 | interest, to him, free of any restrictions.

2 |     5.  Once Tristen Krisman attains the age of eighteen (18)
3 | years, the depository of funds held pursuant to this Order is
4 | authorized and directed, without further order of the Court, to
5 | pay by check or draft, upon proper demand, all monies, including
6 | interest, to him, free of any restrictions.

7 |     6.  Having approved this settlement, any and all potential
8 | claims held by Tyler Krisman or by Tristen Krisman against GRANGE
9 | INSURANCE ASSOCIATION from or pertaining to the matters alleged
10 | in the First Amended Complaint on file in this action are forever
11 | barred and precluded.

13 |     IT IS SO ORDERED.

15 | DATED: June 23, 2005

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE